United States District Court
For the Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION
10   STRYKER CORPORATION,                CASE NO. 5:11-cv-05219 EJD

11                                       **ORDER CONTINUING CASE
                    Plaintiff(s),        MANAGEMENT CONFERENCE**
12       v.
13   DOES 1 TO 100,
14
                    Defendant(s).
15   _____/

16        Having reviewed Plaintiff's Case Management Conference Statement (<u>see</u> Docket Item No.

17   10), the court finds a that a Case Management Conference is unnecessary at this time.  Accordingly,

18   the Case Management Conference currently scheduled for May 25, 2012, is CONTINUED to

19   **August 24, 2012, at 10:00 a.m.**  The parties shall file a Joint Case Management Statement on or

20   before **August 17, 2012.**

21   **IT IS SO ORDERED.**

22

23   Dated:  May 22, 2012

24                                       EDWARD J. DAVILA
                                         United States District Judge
25
26
27
28
                                1

CASE NO. 5:11-cv-05219 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE