IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRYKER CORPORATION, | CASE NO. 5:11-cv-05219 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DOES 1 TO 100, | |
| Defendant(s). | |

Having reviewed Plaintiff's Case Management Conference Statement (see Docket Item No. 13), the court finds a that a Case Management Conference is unnecessary at this time. Accordingly, the Case Management Conference currently scheduled for August 24, 2012, is CONTINUED to **October 26, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **October 19, 2012.**

Plaintiff is advised that this represents the final continuance of the Case Management Conference in this case. Plaintiff shall be prepared to either proceed on the continued date or dismiss this action.

**IT IS SO ORDERED.**

Dated: August 22, 2012

EDWARD J. DAVILA
United States District Judge