1 | ERIC C. BELLAFRONTO, Bar No. 162102
BENJAMIN A. EMMERT, Bar No. 212157
2 | LITTLER MENDELSON, P.C.
A Professional Corporation
3 | 50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
4 | Telephone: 408.998.4150
Fax No.: 408.288.5686
5
6 | Attorneys for Plaintiff
STRYKER CORPORATION

**IT IS SO ORDERED**
/s/ Edward J. Davila
Judge Edward J. Davila
11/20/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STRYKER CORPORATION, | Case No. CV11-05219 EJD |
|---|---|
| Plaintiff, | **STRYKER CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | [FRCP 41(a)] |
| DOES 1 TO 100, inclusive, | Complaint Filed: October 25, 2011 |
| Defendants. | Trial Date: Not Set |

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure 41(a) and before an opposing party has filed an answer or a motion for summary judgment, Plaintiff Stryker Corporation ("Stryker") hereby voluntarily dismisses the above-captioned action in its entirety without prejudice. The Clerk shall close this file.

Dated: November 16, 2012

/s/
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Plaintiff
STRYKER CORPORATION

Firmwide:116181890.1 028459.1054

Notice Of Voluntarily Dismissal — Case No. CV11-05219 EJD